UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH DUANE AGTUCA, | Civil No. CV16-1981-RSL |
| | Crim. No. CR93-407-RSL |
| Petitioner, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR 30-DAY EXTENSION |
| UNITED STATES OF AMERICA, | OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO |
| Respondent. | 28 U.S.C. 2255 MOTION |

THE COURT has considered Mr. Agtuca's unopposed motion to extend the reply due date in this case and finds that such a continuance would serve the ends of justice.

IT IS HEREBY ORDERED that the reply due date be continued from March 27 to April 26, 2017.

DONE this 28th day of March, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Kenneth Duane Agtuca

ORDER FOR 30-DAY EXTENSION OF TIME TO
FILE REPLY TO GOVERNMENT'S RESPONSE
TO 28 U.S.C. 2255 MOTION
(*Kenneth Duane Agtuca*, CV16-1981-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100